IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD GLEN COLTER,

    Plaintiff,

   v.

QUENTIN KOPP, et al.,

    Defendants.
                              /

No. C 10-05759 CW

ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE

    Plaintiff Richard Glen Colter filed this action on December 17, 2010.

    On April 5, 2011, a case management conference was held. An appearance was made on behalf of Defendant Governor Edmund G. Brown, Jr. However, no appearance was made by or on behalf of Plaintiff. Further, there is no proof that Plaintiff has served any Defendant, other than Governor Brown, within the time period allotted under Federal Rule of Civil Procedure 4(m).

    Accordingly, this action is dismissed without prejudice for failure to prosecute. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: 4/19/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD GLEN COLTER,

        Plaintiff,

  v.

QUENTIN KOPP et al,

        Defendant.

Case Number: CV10-05759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Glen Colter
P.O. Box 11312
Pleasanton, CA 94588

Dated: April 19, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk