IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD GLEN COLTER,

     Plaintiff,

  v.

QUENTIN KOPP, et al.,

     Defendants.

_____/

No. C 10-05759 CW

ORDER GRANTING
PLAINTIFF'S
MOTION FOR RELIEF
FROM ORDER
DISMISSING CLAIMS
(Docket No. 11)

On April 5, 2011, a case management conference (CMC) in this action was held.  Pro se Plaintiff Richard Glen Colter did not appear and, as a result, on April 19, 2011, his claims were dismissed without prejudice for failure to prosecute.

Plaintiff now moves for relief from the Court's Order dismissing his claims.  He contends that he was not aware of the CMC, asserting that he did not receive notice of it until April 7, 2011.  Plaintiff also represents that he has decided to "forgo the RICO cause of action" plead in his amended complaint and that only "Governor Brown and Ray LaHood are appropriate" Defendants in this action.  Defendant Edmund G. Brown, Jr., who answered Plaintiff's claims before they were dismissed, opposes Plaintiff's motion.

Having considered the papers submitted by the parties, the Court GRANTS Plaintiff's motion.  A case management conference in this action will be held on September 13, 2011 at 2:00 p.m. Plaintiff's failure to appear at this case management conference will result in the dismissal of his claims with prejudice.

Based on Plaintiff's statements in his motion, the Court

United States District Court
For the Northern District of California

dismisses his RICO claims against Governor Brown and Secretary

LaHood and his claims against all Defendants other than Governor

Brown and Secretary LaHood.

In its April 19, 2011 Order, the Court noted that there was no

evidence that Plaintiff served Secretary LaHood.  Along with his

motion, Plaintiff submitted a United States mail return receipt,

addressed to him, indicating that an article of mail was received

on behalf of Secretary LaHood on March 18, 2011.  This does not

suffice as proof of service.  "Except for service by a United

States marshal or deputy marshal, proof must be by the server's

affidavit."  Fed. R. Civ. P. 4(l)(1).  The server must be "at least

18 years old and not a party" to the action.  Fed. R. Civ. P.

4(c)(2).  Within seven days of the date of this Order, Plaintiff

shall file valid proof that Secretary LaHood was served in

accordance with Federal Rule of Civil Procedure 4.  If he does not

do so, the claims against Secretary LaHood will be dismissed for

failure of timely service.

IT IS SO ORDERED.

Dated: 8/11/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD GLEN COLTER,

              Plaintiff,

  v.

QUENTIN KOPP et al,

              Defendant.

_____/

Case Number: CV10-05759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Glen Colter
P.O. Box 11312
Pleasanton,  CA 94588

Dated: August 11, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

3