IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLEN COLTER, | No. C 10-05759 CW |
| Plaintiff, | ORDER DISMISSING CLAIMS AGAINST DEFENDANT SECRETARY RAY LAHOOD |
| v. | |
| QUENTIN KOPP, et al., | |
| Defendants. | |

On August 11, 2011, the Court directed Plaintiff to file, within seven days, proof that he served Defendant Secretary of Transportation Ray LaHood in accordance with Federal Rule of Civil Procedure 4.  Plaintiff was warned that, if he failed to do so, his claims against Secretary LaHood would be dismissed for failure to prosecute.  Plaintiff did not respond to the Court's Order.  Accordingly, Plaintiff's claims against Secretary LaHood are dismissed without prejudice for failure to prosecute.  Following this dismissal, Plaintiff's remaining claims are against Defendant Governor Edmund G. Brown, Jr.

A case management conference (CMC) will be held on September 13, 2011 at 2:00 p.m.  Plaintiff's failure to appear at the CMC will result in the dismissal of his claims for failure to prosecute.

IT IS SO ORDERED.

Dated: 8/29/2011

CLAUDIA WILKEN
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD GLEN COLTER,   No. C  10-05759 CW

        Plaintiff,   Certificate of Service

  v.

QUENTIN KOPP, et al.,

        Defendants.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Richard Glen Colter
P.O. Box 11312
Pleasanton, CA 94588

Dated: August 29, 2011

                        Richard W. Wieking, Clerk

                        By: Nikki Riley, Deputy Clerk