IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLEN COLTER, | No. C 10-05759 CW |
| Plaintiff, | ORDER REGARDING REQUEST TO E-FILE |
| v. | |
| QUENTIN KOPP, | |
| Defendant. | |

Plaintiff has requested that he be allowed to participate in Electronic Court Filing (ECF). Plaintiff shall file within two weeks of this Order a declaration stating that he has reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that he is able to comply with all the requirements for e-filing. Failure to file the declaration will result in denial of the request.

IT IS SO ORDERED.

Dated: 9/16/2011

CLAUDIA WILKEN
United States District Judge