IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLEN COLTER, | No. 10-05759 CW |
| Plaintiff, | ORDER GRANTING REQUEST TO E-FILE |
| v. | |
| QUENTIN KOPP, et al., | |
| Defendants. | |

Richard Glen Colter has asked for the Court's leave to participate in Electronic Case Filing (ECF). In accordance with the Court's Order of September 16, 2011, Richard Glen Colter has filed a declaration stating that he has read General Order 45 and that he is able to comply with all of its requirements. Accordingly, the Court GRANTS his oral motion to participate in ECF. (Docket No. 18.)

As part of his obligations under General Order 45, Richard Glen Colter shall provide a printed courtesy copy of any document he files via ECF to the chambers of the presiding judge. This copy must be lodged with the Clerk of the Court no later than noon on the business day after filing the document on ECF.

IT IS SO ORDERED.

Dated: 9/27/2011

CLAUDIA WILKEN
United States District Judge