IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLEN COLTER,<br><br>     Plaintiff,<br><br>     v.<br><br>QUENTIN KOPP, et al.,<br><br>     Defendants.<br>_____/ | No. C 10-5759 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY, ADMISSIONS AND INTERROGATORIES (Docket No. 23) |

Plaintiff Richard Glen Colter's Motion for Discovery, Admissions and Interrogatories, filed November 14, 2011, is DENIED WITHOUT PREJUDICE as premature.  It appears from the face of the motion that it was filed at the same time Plaintiff first presented the discovery request to Defendants.  Plaintiff must give Defendants an opportunity to respond to the discovery request, Fed. R. Civ. P. 34(b) (opposing party has thirty days to respond to request for production of documents), and only if they fail to fully respond within the time permitted by federal discovery rules should he file a motion to compel.  See Fed. R. Civ. P. 37.

    IT IS SO ORDERED.

Dated: 12/5/2011

_____
CLAUDIA WILKEN
United States District Judge