IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLEN COLTER, | No. C 10-05759 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| QUENTIN KOPP, | |
|     Defendant. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel discovery admissions, and interrogatories, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel and pro se litigant will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 12/23/2011

                                 CLAUDIA WILKEN
                                 United States District Judge

cc: MagRef