KAMALA D. HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General
COURTNEY S. LUI
Deputy Attorney General
State Bar No. 173064
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2115
  Fax: (510) 622-2270
  E-mail: Courtney.Lui@doj.ca.gov
*Attorneys for Defendant*
*Edmund G. Brown Jr.*
*Governor of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD GLEN COLTER,<br><br>                           Plaintiff,<br><br>v.<br><br>QUENTIN KOPP and JANE DOE KOPP, et al.,<br><br>                         Defendants. | Case No. Civ-10-05759 CW<br><br>**STIPULATION AND [PROPOSED] ORDER ON VOLUNTARY DISMISSAL** |

Plaintiff RICHARD GLEN COLTER ("Plaintiff"), appearing *pro se*, and Defendant EDMUND G. BROWN JR., Governor of the State of California ("Governor Brown" or "Defendant"), through his attorneys, the Office of the Attorney General of the State of California, by Courtney S. Lui, Deputy Attorney General, stipulate and jointly request approval by the Court as follows:

    (1)    Plaintiff will voluntarily dismiss this action, with prejudice, within 10 (ten) days of the Court's approval of this Stipulation.

1

(2) Each side shall bear its own fees and costs.

(3) Defendant shall not file a motion for attorney's fees.

(4) Defendant shall not file any motion for sanctions against Plaintiff, including but not limited to those provided under Federal Rules of Civil Procedure 11.

The parties respectfully request that the Court approve this stipulation.

Dated: January 18, 2012     RICHARD GLEN COLTER

By: *[signature]*

RICHARD GLEN COLTER
*Pro Se* Plaintiff

Dated: January 18, 2012    KAMALA D. HARRIS
Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General

By: *[signature]*

COURTNEY S. LUI
Deputy Attorney General
Attorneys for Defendant
Edmund G. Brown Jr.
Governor of the State of California

2

## **ORDER**

Plaintiff Richard Glen Colter is to file a Request for Dismissal of this action, with prejudice, within 10 days of the issuance of this Order, with each side to bear its own fees and costs. Defendant Edmund G. Brown Jr., Governor of the State of California, shall not file a motion for attorney's fees and shall not file any motion for sanctions against Plaintiff, including but not limited to those provided under Federal Rules of Civil Procedure 11.

IT IS SO ORDERED.

Dated: January 19, 2012

HONORABLE CLAUDIA WILKEN
United States District Judge

OK2011900191
90228670.doc