IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLEN COLTER, | No. C 10-05759 CW |
| Plaintiff, | ORDER GRANTING MOTION TO VOLUNTARY DISMISSAL |
| v. | |
| QUENTIN KOPP, | (Docket No. 33) |
| Defendant. | |

On January 20, 2012, the Plaintiff filed a motion for voluntary dismissal. (Docket No. 33).

IT IS HEREBY ORDERED that the motion for voluntary dismissal is granted. (Docket No. 33). All pending motions are terminated as moot.

IT IS SO ORDERED.

Dated: 1/23/2012

CLAUDIA WILKEN
United States District Judge